CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04145

Banks v. Davol, Inc. et al
Assigned to: Judge David Hittner
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/07/2007
Date Terminated: 02/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**James Roger Banks** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3287056) filed by James Roger Banks. (Attachments: # 1 Civil Cover Sheet James Roger Banks)(Alexander, David) (Entered: 12/07/2007) |
| 12/10/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 2/20/2008 at 02:00 PM in Courtroom 702 before Magistrate Judge Stephen Smith.( Signed by Judge David Hittner ) Parties notified.(mmapps, ) (Entered: 12/10/2007) |
| 12/20/2007 | | First CERTIFICATE OF INTERESTED PARTIES by James Roger Banks, filed.(Alexander, David) (Entered: 12/20/2007) |
| 02/14/2008 | | Interdistrict transfer to District of Rhode Island.. Case terminated on 2/14/2008, filed. (jdav, ) (Entered: 02/14/2008) |
| 02/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (13) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1845.() Parties notified.(jdav, ) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/14/2008 | | Interdistrict transfer to Rhode Island., filed. (jdav, ) (Entered: 02/14/2008) |